STATE OF CONNECTICUT *v.* MICHAEL KENDALL

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 625 (AC 30861), is denied.

*James B. Streeto*, senior assistant public defender, in support of the petition.

*Bruce R. Lockwood*, senior assistant state's attorney, in opposition.

Decided October 27, 2010

STATE OF CONNECTICUT *v.* ALIA K. ALTAJIR

The defendant's petition for certification for appeal from the Appellate Court, 123 Conn. App. 674 (AC 31375), is granted, limited to the following issue: